# EXHIBIT 5

**CHERSKOV FLAYNIK & GURDA, LLC**

903 Commerce Drive Suite 310
Oak Brook, Illinois 60523

TEL: (312) 621-1330                    MAIL@CHERSKOV.COM                    FAX: (312) 621-0088

April 4, 2025

Via Email to *shannon.bates@harperbates.com*

Shannon W. Bates
Harper & Bates LLP
1717 Main Street, Suite 3550
Dallas, Texas 75201

Re:    Cease and Desist Letter: Patent Infringement

Dear Ms. Bates:

We again acknowledge receipt of your letter dated March 18, 2025, regarding the infringement of U.S. Patent No. 11,974,645 (the "'645 Patent"). We appreciate your attention and would like to engage in a productive dialogue to resolve concerns regarding our client's assertions.

In response to your inquiry, attached is a claim chart mapping the independent claim 1 of the '645 Patent and how we believe your client's WavEnforcer® Dual Side Twist Sponge infringes upon the claim. The claim chart is attached for your reference and is intended to assist in clarifying our position. Please note that this chart does not limit or constrain any future interpretations of the claims or arguments related to the infringement theory.

We are committed to resolving this matter amicably and efficiently and would prefer to avoid protracted litigation. We believe that a constructive discussion could benefit both parties.

We kindly request that you review the attached claim chart and contact us within 14 days to discuss the next steps. We strongly encourage your client to take the necessary steps to stop the manufacture, sale, and/or distribution of the infringing products.

Should you have any questions or require further clarification, please do not hesitate to contact me directly. We look forward to resolving this dispute fairly and efficiently.

Sincerely,

Szymon Gurda

Claim Chart – U.S. Patent No. 11,974,645

| U.S. Patent No. 11,974,645 | | | WavEnforcer® Dual Side Twist Sponge |
|---|---|---|---|
| 1. | a | An apparatus for coiling hair comprising: | Firstline's WavEnforcer® shown below is an apparatus for coiling hair.<br><br><br><br>[https://www.walmart.com/ip/WavEnforcer-Dual-Side-Twist-Sponge/13350355604] |

| U.S. Patent No. 11,974,645 | | WavEnforcer® Dual Side Twist Sponge |
|---|---|---|
| b | a working end comprising a plurality of spaced-apart monoliths having round distal ends and a plurality of dimples surrounding at least one of the monoliths; | The WavEnforcer® Dual Side Twist Sponge has a working end comprising a plurality of spaced-apart monoliths having round distal ends and a plurality of dimples surrounding at least one of the monoliths.<br><br> |

| U.S. Patent No. 11,974,645 | WavEnforcer® Dual Side Twist Sponge |
|---|---|
| | A plurality of dimples surrounds at least one of the monoliths.<br><br> |

| | c | wherein said monoliths comprise a non-pliable material, | The WavEnforcer® Dual Side Twist Sponge has monoliths comprising a non-pliable material.  [https://www.walmart.com/ip/WavEnforcer-Dual-Side-Twist-Sponge/13350355604] |
|---|---|---|---|

| U.S. Patent No. 11,974,645 | | WavEnforcer® Dual Side Twist Sponge |
|---|---|---|
| d | wherein said monoliths are positioned at respective vertices of squares having sides of substantially similar lengths, | The monoliths of WavEnforcer® Dual Side Twist Sponge are positioned at respective vertices of squares having sides of substantially similar lengths.<br><br> |

| U.S. Patent No. 11,974,645 | | WavEnforcer® Dual Side Twist Sponge |
|---|---|---|
| e | wherein said dimples are semi-spherical and are positioned at respective centers of the squares; | The dimples of WavEnforcer® Dual Side Twist Sponge are semi-spherical and are positioned at respective centers of the squares.<br> Dimple |

| U.S. Patent No. 11,974,645 | | | WavEnforcer® Dual Side Twist Sponge |
|---|---|---|---|
| | f | wherein centers of the plurality of dimples are located on a plane that defines a floor of the working end, and | In WavEnforcer® Dual Side Twist Sponge, centers of the plurality of dimples are located on a plane that defines a floor of the working end.<br><br> |

| U.S. Patent No. 11,974,645 | | WavEnforcer® Dual Side Twist Sponge |
|---|---|---|
| g | wherein the working end further comprises a plurality of apertures surrounding the at least one of the monoliths. |  |